```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
SMILEDIRECTCLUB, LLC,

                Plaintiff,
                                              O R D E R
        - against -
                                              19 Civ. 9582 (NRB)
JACQUELINE I. FULOP, D.M.D., P.C.,
and JACQUELINE I. FULOP-GOODLING,

                Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court grants plaintiff a 45-day extension to respond to the two discovery requests previously served by defendants. Should this extension negatively impact the parties' ability to engage in a meaningful settlement conference before Magistrate Judge Lehrburger, they should so inform Judge Lehrburger.

Dated:   New York, New York
         April 22, 2020

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1