USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SMILEDIRECTCLUB, LLC,

                      Plaintiff,

- against -

JACQUELINE I. FULOP, D.M.D, P.C., et al.

                      Defendants.
-------------------------------------------------------------X

19-CV-9582 (NRB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed Plaintiff's October 27, 2020 letter to the Court concerning the status of settlement. My Deputy Clerk will contact counsel to arrange a telephone conference. Dr. Fulop must participate in the conference.

                                    SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2020
       New York, New York

Copies transmitted this date to all parties of record.